# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CONCORD WORLDWIDE, INC.,<br><br>Defendant, | Patent Civil Action No. 3:20-cv-03761-JCS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Digital Verification Systems, LLC and Defendant Concord Worldwide, Inc. by and through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice. The parties shall bear their own costs, expenses, and attorney fees.

Dated:  August 17, 2020

*/s/ Anissa N. Davidson*
Anissa N. Davidson, Esq.
BBO#705,268; *pro hac vice admission*
Chavous Intellectual Property Law LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Tel: 978.655.4309
Email: adavidson@chavousiplaw.com

**SML AVVOCATI P.C.**
Stephen M. Lobbin
888 Prospect Street, Suite 200
San Diego, CA 92037
Tel: 949.636.1391
Email: sml@smlavvocati.com

*Attorneys for Plaintiff*
*Digital Verification System*

Dated:  August 16, 2020

*/s/ Marc J. Pernick*
MARC J. PERNICK (State Bar No. 160591)
mpernick@mkwllp.com
JASON A. CROTTY (State Bar No. 196036)
jcrotty@mkwllp.com
**MAURIEL KAPOUYTIAN WOODS LLP**
450 Sansome Street, Suite 1005
San Francisco, California 94111
Telephone:  (415) 738 - 6228
Facsimile:  (415) 738 – 2315

*Attorneys for Defendant*
*Concord Worldwide, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 17th day of August, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

          /s/ Anissa N. Davidson
          Anissa N. Davidson, Esq.

Date: August 17, 2020



IT IS SO ORDERED

Judge Joseph C. Spero